584 A.2d 199
HARRY A. COOMBS v. N.L. CHEMICALS, INC., ET AL.

May 1, 1990.

Petition for certification denied.

584 A.2d 199
STATE OF NEW JERSEY v. WILLIAM NELSON.

May 1, 1990.

Petition for certification granted and remanded to the Appellate Division in light of *State v. Muniz*, 122 *N.J.* 334, 585 *A.*2d 350 (1990).

584 A.2d 199
STATE OF NEW JERSEY IN THE INTEREST OF L.Q.

May 1, 1990.

Petition for certification denied. (See 236 *N.J.Super.* 464, 566 *A.*2d 223)

584 A.2d 199
STATE OF NEW JERSEY v. JESSE JAMES COLFER.

May 1, 1990.

Petition for certification denied.